UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

C.B., et al.,

                            **Plaintiffs,**                22-CV-07828 (ALC)(SN)

        -against-                                            <u>**ORDER**</u>

NEW YORK CITY DEPARTMENT
OF EDUCATION,

                            **Defendant.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The parties are directed to meet and confer to make efforts to settle this matter without judicial intervention, and thereafter file a status letter with the Court no later than February 21, 2023. Should that meeting prove unsuccessful, the parties' status letter should propose a reasonable briefing schedule for Plaintiffs' fee application.

**SO ORDERED.**

                                                                 SARAH NETBURN
                                                                  United States Magistrate Judge

DATED:      January 18, 2023
                   New York, New York