UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

C.B., et al.,

                          **Plaintiffs,**

          -against-

NEW YORK CITY DEPARTMENT
OF EDUCATION,

                       **Defendant.**

-------------------------------------------------------------X

**22-CV-07828 (ALC)(SN)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 6/2/2023

**SARAH NETBURN, United States Magistrate Judge:**

On April 24, 2023, the Court granted the parties' request that they be given 30 days to submit a Stipulation of Dismissal to the Court. See ECF No. 20. Accordingly, the parties' stipulation was due no later than May 24, 2023. To date, no such filing has been made.

The parties are directed to file their stipulation of dismissal no later than June 9, 2023. In the alternative, the parties may file a status letter by that same date.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     June 2, 2023
             New York, New York