UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

C.B., ET AL.,

                        **Plaintiffs,**

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                        **Defendant.**

22-cv-07828 (ALC)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _6/15/23_____

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, ECF No. 19, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within **thirty days.**

**SO ORDERED.**

Dated:    **June 15, 2023**
             **New York, New York**

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**